# EXHIBIT 2

**From:** Bruce Castor [mailto:bruce@rogerscastor.com]
**Sent:** Tuesday, July 02, 2019 10:34 AM
**To:** Wright, Paul
**Subject:** Weinik Complaint

EXTERNAL MESSAGE. DO NOT open attachments or click links from unknown senders or unknown emails.

---





This electronic message is intended to be for the use of the named recipient, and may contain information that is confidential or privileged. This communication may contain protected health information (PHI) that is legally protected from inappropriate disclosure by the Privacy Standards of the Health Insurance Portability and Accountability Act (HIPAA) and relevant Pennsylvania Laws. You can direct questions concerning PHI or HIPAA to the Corporate Compliance and Privacy Officer at (215) 707-5605. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return e-mail and delete and destroy all copies of this message.