# EXHIBIT 3

| | |
|---|---|
| **TUCKER LAW GROUP, LLC**<br>Joe H. Tucker, Jr., Esquire<br>Leslie M. Greenspan, Esquire<br>Ten Penn Center<br>1801 Market Street, Suite 2500<br>Philadelphia, PA  19103<br>(215) 875-0609 | **Attorneys for Defendants,<br>Temple University of the Commonwealth System of Higher Education, Temple University's Lewis Katz School of Medicine, Temple University Hospital, and Dr. Phillip Acevedo** |

| | | |
|---|---|---|
| MICHAEL WEINIK, D.O., | : | PHILADELPHIA COUNTY |
| | : | COURT OF COMMON PLEAS |
| Plaintiff, | : | |
| | : | JUNE TERM, 2019 |
| v. | : | No. 007522 |
| | : | |
| TEMPLE UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION, TEMPLE UNIVERSITY'S LEWIS KATZ SCHOOL OF MEDICINE, TEMPLE UNIVERSITY HOSPITAL, DR. PHILLIP ACEVEDO, AND DR. SHIVANI DUA, | : | |
| Defendants. | : | |

## **PRAECIPE TO ENTER NOTICE OF REMOVAL**

**TO THE PROTHONOTARY:**

Pursuant to 28 U.S.C. § 1446(d), notice is hereby given that on August 1, 2019, the Defendants, Temple University of the Commonwealth System of Higher Education, Temple University's Lewis Katz School of Medicine, Temple University Hospital, Dr. Phillip Acevedo, and Dr. Shivani Dua filed the attached Joint Notice of Removal in the United States District Court for the Eastern District of Pennsylvania ("Federal Court") to remove the above-captioned action from this Court, where it is currently pending, to

Federal Court in the Eastern District of Pennsylvania under Civil Action Number

_____.

                            Respectfully submitted,

                            **TUCKER LAW GROUP, LLC**

                            /s/_____
                            Joe H. Tucker, Jr., Esquire
                            Leslie M. Greenspan, Esquire
                            1801 Market Street, Suite 2500
                            Philadelphia, PA 19103
                            (215) 875-0609
                            Attorneys for the Temple Defendants