IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL WEINIK, D.O.,** | |
| *Plaintiff*, | **CIVIL ACTION** |
| v. | No. 19-3503 |
| **TEMPLE UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION, et al.,** | |
| *Defendants*. | |

### ORDER

**AND NOW**, this 10th day of July, 2020, upon consideration of the Motion to Dismiss by Defendants Phillip Acevedo, Temple University Hospital, Temple University of the Commonwealth System of Higher Education, and Temple University's Lewis Katz School of Medicine (collectively, the "Temple Defendants") (Doc. No. 25), Defendant Shivani Dua's Motion to Dismiss (Doc. No. 26), Plaintiff's Response (Doc. No. 27), the Temple Defendants' Reply (Doc. No. 31), and Defendant Dua's Reply (Doc. No. 33), it is hereby **ORDERED** that both Motions are **DENIED**. Within **fourteen (14) days** from the date of this Order, Defendants shall file an Answer to the Amended Complaint.

                                            **BY THE COURT:**

                                            */s/ Mitchell S. Goldberg*
                                          **MITCHELL S. GOLDBERG, J.**