UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 20-2525
_____

MICHAEL WEINIK, D.O.

v.

TEMPLE UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER
EDUCATION; TEMPLE UNIVERSITY'S LEWIS KATZ SCHOOL OF MEDICINE;
TEMPLE UNIVERSITY HOSPITAL; SHIVANI DUA; PHILLIP ACEVEDO,


Shivani Dua,
Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:19-cv-03503)
District Judge: Hon. Mitchell S. Goldberg
_____

Argued on September 23, 2021

Before: CHAGARES, HARDIMAN, and MATEY, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was argued on September 23, 2021.

On consideration whereof, it is now hereby

ORDERED and ADJUDGED that this appeal is DISMISSED FOR LACK OF JURISDICTION.

Costs to be taxed against Appellant.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: December 13, 2021

Certified as a true copy and issued in lieu of a formal mandate on  01/04/2022

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2