IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL WEINIK, D.O.,** | : |
| *Plaintiff,* | : CIVIL ACTION |
| v. | : No. 19-3503 |
| **TEMPLE UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION, et al.,** | : |
| *Defendants.* | : |

## ORDER

**AND NOW**, this 11th day of January, 2022, Defendant Shivani Dua's appeal having been dismissed for lack of jurisdiction, it is hereby **ORDERED** that, within **fourteen (14) days** from the date of this Order, Defendant Dua shall file an answer to the Amended Complaint.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
MITCHELL S. GOLDBERG, J.