IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL WEINIK, D.O.,** : | |
| : | **CIVIL ACTION** |
| *Plaintiff*, : | |
| : | |
| v. : | No. 19-3503 |
| **TEMPLE UNIVERSITY OF THE** : | |
| **COMMONWEALTH SYSTEM OF** : | |
| **HIGHER EDUCATION, et al.,** : | |
| : | |
| *Defendants*. : | |

### ORDER

**AND NOW**, this 16th day of February, 2022, upon consideration of Plaintiff's February 9, 2022 discovery dispute letter (Doc. No. 52) and Defendant Shivani Dua's responsive letter (Doc. No. 53), it is hereby **ORDERED** that all discovery is **STAYED** pending the Rule 16 Conference on March 9, 2022.

BY THE COURT:


 */s/ Mitchell S. Goldberg*
 **MITCHELL S. GOLDBERG, J.**