IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL WEINIK, D.O.,** | : |
| | : CIVIL ACTION |
| *Plaintiff,* | : |
| | : |
| v. | : No. 19-3503 |
| **TEMPLE UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION, et al.,** | : |
| | : |
| *Defendants.* | : |

# ORDER

**AND NOW**, this 6th day of June, 2022, upon consideration of Plaintiff's Unopposed Motion to Extend Deadlines (Doc. No. 64), it is hereby **ORDERED** that the Motion is **GRANTED** and the deadlines set forth in the March 8, 2022 Scheduling Order are **AMENDED** as follows:

1. All fact discovery shall be completed by **November 30, 2022**.

2. Opening expert reports are due no later than **December 30, 2022**.

3. Rebuttal expert reports are due no later than **January 30, 2023.**

4. Expert discovery shall be completed no later than **February 28, 2023**.

5. Dispositive motions are due no later than **March 31, 2023**.

6. Responses to dispositive motions are due no later than **April 28, 2023**.

7. All further deadlines will be set following the outcome of dispositive motions.

BY THE COURT:


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**