IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL WEINIK, D.O.,** : | |
| : | CIVIL ACTION |
| *Plaintiff*, : | |
| : | |
| v. : | No. 19-3503 |
| **TEMPLE UNIVERSITY OF THE** : | |
| **COMMONWEALTH SYSTEM OF** : | |
| **HIGHER EDUCATION, et al.,** : | |
| : | |
| *Defendants*. : | |

# ORDER

**AND NOW**, this 6th day of February, 2023, upon consideration of Plaintiff Michael Weinik's Motion to Substitute Party (Doc. No. 71), the response in opposition filed by Defendants Temple University of the Commonwealth System of Higher Education, Temple University's Lewis Katz School of Medicine, Temple University Hospital, Shivani Dua, and Phillip Acevedo (collectively, "Defendants") (Doc. No. 74), Plaintiff's Reply (Doc. No. 75), and Defendants' Sur-reply (Doc. No. 76), it is hereby **ORDERED** that, within **fourteen (14) days** from the date of this Order, Defendants shall articulate precisely what, if any, prejudice they will suffer if I were to permit Plaintiff to substitute Phillip Acevedo's parents, Frank and Margaret Acevedo, in their capacity as representatives of Phillip Acevedo's estate, as named parties.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**