IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL WEINIK, D.O.,** | : |
| *Plaintiff,* | : CIVIL ACTION |
| v. | : No. 19-3503 |
| **TEMPLE UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION, et al.,** | : |
| *Defendants.* | : |

## ORDER

**AND NOW**, this 20th day of May, 2024, upon consideration of **(a)** the Motion for Summary Judgment by Defendant Dr. Shivani Dua (Doc. No. 86), Plaintiff Dr. Michael Weinik's Response (Doc. No. 94), and Dr. Dua's Reply (Doc. No. 98); and **(b)** the Motion for Summary Judgment by Defendants Phillip Acevedo, Temple University Hospital, Temple University of the Commonwealth System of Higher Education, and Temple University's Lewis Katz School of Medicine (collectively, the "Temple Defendants") (Doc. No. 85), Plaintiff's Response (Doc. No. 93), and the Temple Defendants' Reply (Doc. No. 97), it is hereby **ORDERED** that both Motions are **GRANTED.**

**JUDGMENT IS ENTERED** in favor of all Defendants and against Plaintiff on all claims in the Amended Complaint. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**